UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM CHEN, )<br>   Plaintiff, )<br> )<br> )<br>  v. )<br> )<br>PROCOLLECT, INC., )<br>   Defendant, )<br> ) | Civil Action No. 20-11499-RWZ |

**STIPULATION OF DISMISSAL**

The parties agree and stipulate that this action is to be dismissed with prejudice and without fees or costs to either party, both parties waiving rights of appeal.

              **ADAM CHEN, Plaintiff**
              By his attorney:

              */s/ Kenneth D. Quat*
              Kenneth D. Quat (BBO #408640)
              QUAT LAW OFFICES
              373 Winch Street
              Framingham MA 01701
              508-872-1261
              ken@quatlaw.com

              **PROCOLLECT, INC., Defendant**
              By its attorney:

              */s/William T. Bogaert*
              William T. Bogaert (BBO #546321)
              WILSON ELSER LLP
              260 Franklin St., 14th Floor
              Boston MA 02110
              617-422-5300
              William.bogaert@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2021.

*/s/ Kenneth D. Quat*